IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRADY HOLT TALLEY,

    Plaintiff,

v.

OFFICER HAMILTON, MR. SIMPSON,
DEPUTY WARDEN KAREN FINCH, and
DEPUTY WARDEN YOLANDA BYRD,

    Defendants.

CIVIL ACTION NO.: 6:24-cv-27

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 6. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 21st day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA